COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-320-CV

ARLINGTON INDEPENDENT APPELLANT

SCHOOL DISTRICT

V.

THE ED WALKER COMPANY, APPELLEES

HISAW & ASSOCITATES, GENERAL

CONTRACTORS, INC., AND VLK 

ARCHITECTS, INC. 

----------

FROM THE 342
nd
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s  Motion to Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: March 4, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.